IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRVING JOHNSON, ) | |
| AIS # 98316, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:14-CV-582-WKW |
| ) | |
| ROBERT BENTLEY, *et al*., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 16, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 3.) Since the filing of the Recommendation, Plaintiff has filed amendments to his complaint and to his application to proceed *in forma paurperis*, (Docs. # 4, 5), and an Objection to the Recommendation, (Doc. # 6). Upon an independent review of the file and a *de novo* review of the Recommendation, it is ORDERED that the Objection (Doc. # 6) is OVERRULED, the Recommendation (Doc. # 3) is ADOPTED, Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) is DENIED, and this case is DISMISSED without prejudice for Plaintiff's failure to pay the full filing and administrative fees upon initiation of this case.

A separate final judgment will be entered.

DONE this 26th day of June, 2014.

                                              /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT COURT